**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SOFTWIND CAPITAL, LLC, | )<br>) |
|     Plaintiff, | ) Case No. 2:11-cv-02057-JCM-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| GLOBAL PROJECT SOLUTIONS, LLC, *et al.*, | ) Motion to Compel (#66)<br>) |
|     Defendants. | )<br>) |
| And all related claims. | )<br>) |

    This matter comes before the Court on Defendant Bo Bingham's ("Bingham") Motion to Compel (#66), filed on February 22, 2013. The time to file any responses expired on March 11, 2013. Bingham represents that he served his First Set of Requests for Production of Documents and his First Set of Requests for Admissions on pro-se Defendant Dursum Keranovic ("Keranovic") on October 18, 2012. The deadline for Keranovic's responses to the Requests was November 20, 2012. Bingham further represents his communications to Keranovic after the deadline have gone unanswered. Bingham also avers Keranovic has failed to comply with the initial disclosure requirements of Federal Rule of Civil Procedure 26(a)(1)(A). Bingham now moves the Court under Rules 26 and 37(a) to (1) compel responses to his First Set of Requests for Production of Documents; (2) deem admitted Bingham's First Set of Requests for Admissions; and (3) compel production of Keranovic's initial disclosures.

    Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Bo Bingham's Motion to Compel (#66) is **granted** as follows:

(1) Defendant Dursum Keranovic shall provide responses to Bingham's First Set of Requests for Production of Documents (Doc. #66, Exh. 2) no later than 14 days after the date of this Order;

(2) Keranovic shall provide Bingham his initial disclosures under Rule 26 no later than 14 days after the date of this Order;

(3) The requests for admissions in Bo Bingham's First Set of Requests for Admissions (Doc. #66, Exh. 3) are hereby deemed admitted.

DATED this 26th day of March, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge