# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SOFTWIND CAPITAL, LLC,               Plaintiff,  vs.  GLOBAL PROJECT SOLUTIONS, LLC, *et al.*,               Defendants.  And all related claims. | Case No.  2:11-cv-02057-JCM-GWF  **ORDER**  Motion to Withdraw (#85) |

This matter comes before the Court on Thomas Ericsson, Esq.'s Motion to Withdraw as Counsel for Defendants Global Project Solutions, Eric Bromenshenkel, Joyce Knoblauch, Candy Risinger, and Bo Bingham (#85), filed on July 23, 2013.  Defendant Bingham has other counsel of record in this matter, and Mr. Ericsson represents that the other defendants have agreed to release him from representation.  The Court finds that Mr. Ericsson establishes good cause to withdraw as counsel. Furthermore, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  The time to oppose the instant Motion has expired, and no opposition has been filed.  Accordingly,

**IT IS HEREBY ORDERED** that Thomas Ericsson's  Motion to Withdraw as Counsel for Defendants Global Project Solutions, Eric Bromenshenkel, Joyce Knoblauch, Candy Risinger, and Bo Bingham (#85) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the following parties and addresses to the docket in this case:

...

Eric Bromenshenkel
1580 E. Riverview Drive
Phoenix, AZ 85034

Cindy Risinger
675 LaScala Drive
Mesquite, NV 89027

Joyce Knoblauch
10581 Co Rd 95
Sauk Centre, MN 56378

Global Project Solutions, LLC
840 Pinnacle Court, Suite 202
Mesquite, NV 89027

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order on the above-listed defendants at their above-listed addresses.

**IT IS FURTHER ORDERED** that Global Project Solutions, LLC must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Global Project Solutions shall have 14 days from the date of this Order to retain new counsel.

DATED this 19th day of August, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge