UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOFTWIND CAPITAL, LLC, ) | |
|       Plaintiff, ) | Case No.  2:11-cv-02057-JCM-GWF |
| vs. ) | **ORDER** |
| GLOBAL PROJECT SOLUTIONS, LLC, *et al.*, ) | Motion to Extend Time (#89) |
|       Defendants. ) | |
| And all related claims. ) | |

      This matter comes before the Court on Defendant Global Project Solutions, LLC's ("GPS") Motion to Extend Time to Retain Counsel (#89), filed on September 10, 2013.  The Court granted GPS's Counsel's Motion to Withdraw (#85) on August 20, 2013. *See Order, Doc. #88*.  The Court ordered GPS to retain new counsel by September 2, 2013, because a corporation may appear in federal court only through licensed counsel. *Id.* at 2:11-15.  GPS now seeks an extension of time to retain new counsel.  Good cause appearing,

      **IT IS HEREBY ORDERED** that Defendant Global Project Solutions, LLC's Motion to Extend Time (#89) is **granted**.

      **IT IS FURTHER ORDERED** that Defendant GPS shall have until **October 10, 2013** to retain new counsel.

      DATED this 16th day of September, 2013.

                                                                             */s/ George Foley, Jr.*
                                                                     GEORGE FOLEY, JR.
                                                                     United States Magistrate Judge