# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SOFTWIND CAPITAL, LLC, | |
| Plaintiff, | Case No. 2:11-cv-02057-JCM-GWF |
| vs. | **ORDER** |
| GLOBAL PROJECT SOLUTIONS, LLC, *et al.*, | Motion to Extend Time (#89) |
| Defendants. | |
| And all related claims. | |

This matter comes before the Court on Defendant Global Project Solutions, LLC's ("GPS") Motion to Extend Time to Retain Counsel (#89), filed on September 10, 2013. The Court granted GPS's Counsel's Motion to Withdraw (#85) on August 20, 2013. *See Order, Doc. #88*. The Court ordered GPS to retain new counsel by September 2, 2013, because a corporation may appear in federal court only through licensed counsel. *Id.* at 2:11-15. GPS now seeks an extension of time to retain new counsel. Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Global Project Solutions, LLC's Motion to Extend Time (#89) is **granted**.

**IT IS FURTHER ORDERED** that Defendant GPS shall have until **October 10, 2013** to retain new counsel.

DATED this 16th day of September, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge