Carey L. Sienkiewicz (*Pro Hac Vice*)
**AHERN & KILL**
430 N. Old Woodward Ave., 2nd Floor
Birmingham, MI 48009
(248) 723-6101

G. Mark Albright, Esq.
Nevada Bar No. 001394
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 S. Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
gma@albrightstoddard.com

*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOFTWIND CAPITAL, LLC, an Arizona limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL PROJECT SOLUTIONS, LLC, a Nevada limited liability company, ERIC BROMENSHENKEL, JOYCE KNOBLAUCH, CINDY RISINGER, BO BINGHAM, DURSUM KERANOVIC, and SANJAY IJERY <br><br> Defendants. <br><br> AND RELATED CLAIMS. | CASE NO. 2:11-CV-02057-JCM-GWF <br><br> **VOLUNTARY DISMISSAL** <br><br> **AND** <br><br> **ORDER FOR DISMISSAL** |

COME NOW, the following parties: Softwind Capital LLC ("Softwind"), Clayton Straub, Tim Donmoyer, Global Project Solutions LLC ("GPS"), Eric Bromenshenkel, Joyce Knoblauch, Cindy Risinger, and Bo Bingham and submit the following Voluntary Dismissal and Order for Dismissal, with prejudice:

## RECITALS

1.  This case arises from a certain financial transaction that was to be administered by

4829-2196-3799.2

Dursum Keranovic, Sanjay Ijery, and Andreas Kabbadias. Keranovic and Ijery introduced the transaction to Knoblauch and Bromenshenkel. Bromenshenkel introduced the transaction to Softwind, Donmoyer and Straub. Knoblauch introduced the transaction to Risinger and Bingham.

2. Softwind, Donmoyer, Straub, Bingham, Bromenshenkel, Knoblauch, and Risinger invested or contributed money, directly or indirectly, towards the transaction or towards setting up the transaction. The agreement between these parties provided that each understood the risks of the transaction, was willing to accept those risks, and each was to conduct their own due diligence concerning the transaction.

3. Keranovic, Ijery, and Kabbadias failed to complete the transaction and failed to return the funds.

4. Softwind initiated this matter on December 21, 2011 with the filing of its Complaint. Softwind brought claims against GPS, Bromenshenkel, Knoblauch, Risinger, and Bingham alleging they were at fault for the failed transaction. Bingham, Bromenshenkel, Knoblauch, and Risinger denied Softwind's claims and asserted claims against Softwind, Straub, and Donmoyer for defamation and abuse of process based on Softwind's allegations that, Bromenshenkel, Knoblauch, Bingham, and Risinger were responsible for the failed transaction.

5. During the course of these proceedings certain financial documents were produced evidencing that none of the money contributed to the transaction ever went to Bingham, Knoblauch, or Risinger.

6. The parties have agreed to voluntarily dismiss this matter, in its entirety, with prejudice.

WHEREFORE, Softwind, Straub, Donmoyer, GPS, Bromenshenkel, Knoblauch, Risinger, and Bingham (collectively the "STIPULATING PARTIES") now enter into the following stipulations:

## STIPULATIONS

The STIPULATING PARTIES agree and stipulate as follows:

1. That the STIPULATING PARTIES each waive, release and forever discharge any and all actual or potential claims, counter-claims, cross-claims, or third party claims arising out of the failed transaction and which have been asserted in this case; and

4829-2196-3799.2

1      2.    That the above-entitled action shall be dismissed in its entirety with prejudice, pursuant to FRCP 41, with each party to bear its own attorneys fees and costs.

Dated this 10th day of December 2013.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br><br>by _____<br>Marc S. Cwik, Esq., NV Bar No. 6946<br>Adam J. Pernsteiner, Esq., NV Bar No. 7862<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Bo Bingham* | **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**<br><br>by _____<br>G. Mark Albright, Esq., Nevada Bar No. 1394<br>801 S. Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer* |
| **GLOBAL PROJECT SOLUTIONS, LLC**<br><br>By: Eric Bromenshenkel, Member<br><br>_____<br>By: Joyce Knoblauch, Member<br><br>_____<br>By: Cindy Risinger, Member<br><br>_____<br>By: Bo Bingham, Member | **AHERN & KILL**<br><br>by _____<br>Carey L. Sienkiewicz,<br>430 N. Old Woodward Ave., 2nd Floor<br>Birmingham, MI 48009<br>*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer* |
| **BO BINGHAM**<br><br>_____<br>Counterclaimant, Cross-Claimant,<br>Third Party Plaintiff (*pro se*) | **JOYCE KNOBLAUCH**<br><br>_____<br>Defendant, Counterclaimant, Cross-Claimant,<br>Third Party Plaintiff Joyce Knoblauch (*pro se*) |
| **CINDY RISINGER**<br><br>_____<br>Defendant, Counterclaimant, Cross-Claimant,<br>Third Party Plaintiff Cindy Risinger (*pro se*) | **ERIC BROMENSHENKEL**<br><br>_____<br>Defendant, Counterclaimant,<br>Cross-Claimant, Third Party Plaintiff<br>(*pro se*) |

///

///

4829-2196-3799.2

2. That the above-entitled action shall be dismissed in its entirety with prejudice, pursuant to FRCP 41, with each party to bear its own attorneys fees and costs.

Dated this _____ day of _____ 2013.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** |
| by_____<br>Marc S. Cwik, Esq., NV Bar No. 6946<br>Adam J. Pernsteiner, Esq., NV Bar No.7862<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Bo Bingham* | by_____<br>G. Mark Albright, Esq., Nevada Bar No. 1394<br>801 S. Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer* |
| **GLOBAL PROJECT SOLUTIONS, LLC** | **AHERN & KILL** |
| _____<br>By: Eric Bromenshenkel, Member<br><br>*/s/ Joyce Knoblauch*<br>By: Joyce Knoblauch, Member<br><br>_____<br>By: Cindy Risinger, Member<br><br>_____<br>By: Bo Bingham, Member | by_____<br>Carey L. Sienkiewicz,<br>430 N. Old Woodward Ave., 2nd Floor<br>Birmingham, MI 48009<br>*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer* |
| **BO BINGHAM** | **JOYCE KNOBLAUCH** |
| _____<br>Counterclaimant, Cross-Claimant,<br>Third Party Plaintiff (*pro se*) | */s/ Joyce Knoblauch*<br>Defendant, Counterclaimant, Cross-Claimant,<br>Third Party Plaintiff Joyce Knoblauch (*pro se*) |
| **CINDY RISINGER** | **ERIC BROMENSHENKEL** |
| _____<br>Defendant, Counterclaimant, Cross-Claimant,<br>Third Party Plaintiff Cindy Risinger (*pro se*) | _____<br>Defendant, Counterclaimant,<br>Cross-Claimant, Third Party Plaintiff<br>(*pro se*) |

///

///

4829-2196-3799.2

1       2.     That the above-entitled action shall be dismissed in its entirety with prejudice, pursuant

2  to FRCP 41, with each party to bear its own attorneys fees and costs.

3       Dated this _____ day of _____ 2013.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** |
| by_____<br>Marc S. Cwik, Esq., NV Bar No. 6946<br>Adam J. Pernsteiner, Esq., NV Bar No.7862<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Bo Bingham* | by_____<br>G. Mark Albright, Esq., Nevada Bar No. 1394<br>801 S. Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer* |
| **GLOBAL PROJECT SOLUTIONS, LLC** | **AHERN & KILL** |
| _____<br>By: Eric Bromenshenkel, Member | by_____<br>Carey L. Sienkiewicz,<br>430 N. Old Woodward Ave., 2nd Floor<br>Birmingham, MI 48009<br>*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer* |
| _____<br>By: Joyce Knoblauch, Member<br><br>/s/ Cindy Risinger<br>By: Cindy Risinger, Member | |
| _____<br>By: Bo Bingham, Member | **JOYCE KNOBLAUCH** |
| **BO BINGHAM** | _____<br>Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff Joyce Knoblauch (*pro se*) |
| _____<br>Counterclaimant, Cross-Claimant,<br>Third Party Plaintiff (*pro se*) | **ERIC BROMENSHENKEL** |
| **CINDY RISINGER**<br><br>/s/ Cindy Risinger<br>Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff Cindy Risinger (*pro se*) | _____<br>Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff (*pro se*) |

26  / / /

27  / / /

28

4829-2196-3799.2

2. That the above-entitled action shall be dismissed in its entirety with prejudice, pursuant to FRCP 41, with each party to bear its own attorneys fees and costs.

Dated this _____ day of _____ 2013.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** |
| by_____<br>Marc S. Cwik, Esq., NV Bar No. 6946<br>Adam J. Pernsteiner, Esq., NV Bar No.7862<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Bo Bingham* | by_____<br>G. Mark Albright, Esq., Nevada Bar No. 1394<br>801 S. Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer* |
| **GLOBAL PROJECT SOLUTIONS, LLC** | **AHERN & KILL** |
| _____<br>By: Eric Bromenshenkel, Member | by_____<br>Carey L. Sienkiewicz,<br>430 N. Old Woodward Ave., 2nd Floor<br>Birmingham, MI 48009<br>*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer* |
| _____<br>By: Joyce Knoblauch, Member | |
| _____<br>By: Cindy Risinger, Member | **JOYCE KNOBLAUCH** |
| _____<br>By: Bo Bingham, Member | _____<br>Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff Joyce Knoblauch (*pro se*) |
| **BO BINGHAM** | **ERIC BROMENSHENKEL** |
| _____<br>Counterclaimant, Cross-Claimant, Third Party Plaintiff (*pro se*) | _____<br>Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff (*pro se*) |
| **CINDY RISINGER** | |
| _____<br>Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff Cindy Risinger (*pro se*) | |

///

///

4829-2196-3799.2

2. That the above-entitled action shall be dismissed in its entirety with prejudice, pursuant to FRCP 41, with each party to bear its own attorneys fees and costs.

Dated this _____ day of _____ 2013.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** |
| by_____<br>Marc S. Cwik, Esq., NV Bar No. 6946<br>Adam J. Pernsteiner, Esq., NV Bar No.7862<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Bo Bingham* | by_____<br>G. Mark Albright, Esq., Nevada Bar No. 1394<br>801 S. Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer* |
| **GLOBAL PROJECT SOLUTIONS, LLC** | **AHERN & KILL** |
| _____<br>By: Eric Bromenshenkel, Member | by_____<br>Carey L. Sienkiewicz,<br>430 N. Old Woodward Ave., 2nd Floor<br>Birmingham, MI 48009<br>*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer* |
| _____<br>By: Joyce Knoblauch, Member | |
| _____<br>By: Cindy Risinger, Member | |
| _____<br>By: Bo Bingham, Member | **JOYCE KNOBLAUCH** |
| **BO BINGHAM** | _____<br>Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff Joyce Knoblauch (*pro se*) |
| _____<br>Counterclaimant, Cross-Claimant, Third Party Plaintiff (*pro se*) | **ERIC BROMENSHENKEL** |
| **CINDY RISINGER** | _____<br>Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff (*pro se*) |
| _____<br>Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff Cindy Risinger (*pro se*) | |

///

///

4829-2196-3799.2

2. That the above-entitled action shall be dismissed in its entirety with prejudice, pursuant to FRCP 41, with each party to bear its own attorneys fees and costs.

Dated this _____ day of _____ 2013.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** |
| by_____<br>Marc S. Cwik, Esq., NV Bar No. 6946<br>Adam J. Pernsteiner, Esq., NV Bar No.7862<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Bo Bingham* | by_____<br>G. Mark Albright, Esq., Nevada Bar No. 1394<br>801 S. Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer* |
| **GLOBAL PROJECT SOLUTIONS, LLC**<br><br>_____<br>By: Eric Bromenshenkel, Member<br><br>_____<br>By: Joyce Knoblauch, Member<br><br>_____<br>By: Cindy Risinger, Member<br><br>_____<br>By: Bo Bingham, Member | **AHERN & KILL**<br><br>by_____<br>Carey L. Sienkiewicz,<br>430 N. Old Woodward Ave., 2nd Floor<br>Birmingham, MI 48009<br>*Attorneys for Plaintiff/Counter-Defendant Softwind Capital LLC and Third Party Defendants Clayton Straub and Tim Donmoyer* |
| **BO BINGHAM**<br><br>_____<br>Counterclaimant, Cross-Claimant, Third Party Plaintiff (*pro se*) | **JOYCE KNOBLAUCH**<br><br>_____<br>Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff Joyce Knoblauch (*pro se*) |
| **CINDY RISINGER**<br><br>_____<br>Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff Cindy Risinger (*pro se*) | **ERIC BROMENSHENKEL**<br><br>_____<br>Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff (*pro se*) |

/ / /

/ / /

4829-2196-3799.2

## ORDER

Upon review of the above Recitals and Stipulations, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties each waived, released and forever discharged any and all actual or potential claims, counter-claims, cross-claims, or third party claims arising out of the allegations in the Plaintiff's Complaint on file herein; and

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the above-entitled action is dismissed in its entirety WITH PREJUDICE, pursuant to FRCP 41, with each party bearing its own costs and attorneys fees.

Dated **December 26, 2013**.

_____
United States District Court Judge

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

by_____
G. Mark Albright, Esq.
Nevada Bar No. 1394
801 S. Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
*Attorneys for Plaintiff/Counter-Defendant*
*Softwind Capital LLC and Third Party*
*Defendants Clayton Straub and Tim Donmoyer*

AHERN & KILL

by_____
Carey L. Sienkiewicz (Pro Hac Vice)
430 N. Old Woodward Ave., 2nd Floor
Birmingham, MI 48009
*Attorneys for Plaintiff/Counter-Defendant*
*Softwind Capital LLC and Third Party*
*Defendants Clayton Straub and Tim Donmoyer*

4829-2196-3799.2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 20th day of December, 2013, I did cause a true copy of the foregoing **VOLUNTARY DISMISSAL AND ORDER FOR DISMISSAL** to be sent via **United States Mail, First Class Mail International**, addressed as follows:

| *Attorney* | *Party* | *Phone/Fax* |
|---|---|---|
| Dursum Keranovic<br>2520 Woodfield Avenue<br>Niagara Falls, ON<br>L2J 3B1<br>CANADA | Dursum Keranovic | 1 905 341 2378 |

I further certify that I did cause a true copy of the foregoing **VOLUNTARY DISMISSAL AND ORDER FOR DISMISSAL** to be placed in the **United States Mail**, first class postage prepaid thereon, addressed as follows:

| *Attorney* | *Party* | *Phone/Fax* |
|---|---|---|
| G. Mark Albright, Esq.<br>Albright, Stoddard, Warnick & Albright<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, NV 89106 | Attorneys for Plaintiff/Counter Defendant Softwind Capital LLC and Third-Party Defendants Clayton Straub and Tim Donmoyer | (702) 384-7111<br><br>(702) 384-0605 Fax |
| Joseph A. Ahern, Esq.<br>Carey L. Sienkiewicz, Esq. (Pro Hac Vice)<br>Ahern & Kill<br>430 North Old Woodward, Second Floor<br>Birmingham, MI 48009 | Attorneys for Plaintiff/Counter Defendant Softwind Capital LLC and Third-Party Defendants Clayton Straub and Tim Donmoyer | (248) 723-6101<br><br>(248) 723-6102 Fax |
| Global Project Solutions, LLC<br>840 Pinnacle Court, Suite 202<br>Mesquite, NV 89027 | In Proper Person | |
| Joyce Knoblauch<br>10581 Co Road 95<br>Sauk Centre, MN 56378 | In Proper Person | |
| Cindy Risinger<br>675 LaScala Drive<br>Mesquite, NV 89027 | In Proper Person | |

4829-2196-3799.3

| *Attorney* | *Party* | *Phone/Fax* |
|---|---|---|
| Eric Bromenshenkel<br>1580 East Riverview Drive<br>Phoenix, AZ 85034 | In Proper Person | |

By _____
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4829-2196-3799.3